**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                      **CRIMINAL NO.  4:26-cr-41-RPC-JMV-2**

**MADELINE TONOS**

**ORDER SUBSTITUTING COUNSEL**

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a conflict of interest.  The Office of the Federal Public Defender contacted **Paul Chiniche** on **April 1, 2026,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Paul Chiniche** ha**s** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Paul Chiniche** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED, this the 1st day of April 2026.

                                    /s/ Jane M. Virden_____
                                    UNITED STATES MAGISTRATE JUDGE